### 16737.   ESTROFF *v.* GILLIS.

LUKE, J. This is the third appearance of this case in this court. See 31 *Ga. App.* 501 (129 S. E. 339), and 33 *Ga. App.* 354 (126 S. E. 304). In the motion for a new trial error is assigned on rulings as to the admission of evidence, and on the charge of the court, and on the ground that one of the jurors was related to the plaintiff. Upon a careful examination of the record we find no error requiring a reversal of the judgment overruling the motion for a new trial. The case was fairly and legally tried.

    *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

    DECIDED NOVEMBER 11, 1925.

Complaint; from city court of Soperton—Judge W. C. Hodges presiding. June 25, 1925.

*Saffold & Sharpe, Enoch J. Giles,* for plaintiff in error.

*D. R. Jackson, N. L. Gillis Jr.,* contra.

---

### 16750.   WRIGHT *v.* THE STATE.

LUKE, J. Clara Wright was indicted for the offense of arson, and convicted of an attempt to commit that offense. The evidence, though circumstantial, clearly excluded every reasonable hypothesis other than that of her guilt. The special assignments of error are wholly without merit. The court properly overruled the motion for a new trial.

    *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

    DECIDED NOVEMBER 11, 1925. REHEARING DENIED DECEMBER 15, 1925.

Conviction of attempt to commit arson; from Fulton superior court—Judge Humphries. July 15, 1925.

*George F. Fielding,* for plaintiff in error.

*John A. Boykin, solicitor-general, Ralph H. Pharr,* contra.